UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA DEPARTMENT OF CORRECTIONS, <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL COHEN, <br><br> Defendant. | 03:07-CV-00266-LRH-RAM <br><br> <u>ORDER</u> |

Presently before the court is Jimmy Earl Downs's ("Downs") Motion to Stay Opposition to Motion for Summary Judgment (# 64[1]). The Nevada Department of Corrections ("NDOC") filed a Motion for Summary Judgment (# 19) on August 31, 2007. No opposition to the motion for summary judgment has yet been filed. Downs asks this court to decide a pending Motion for Reconsideration (# 30) prior to requiring Downs to file an opposition.

In his motion to stay, Downs indicates that the arguments raised in support of reconsideration are essentially the same arguments he will make in opposing summary judgment. In light of this fact, the court will decide both the motion for reconsideration and the motion for summary judgment at the same time in order to conserve judicial resources.

IT IS THEREFORE ORDERED that Downs's Motion to Stay Opposition to Motion for

---

[1]Refers to the court's docket number.

Summary Judgment (# 64) is hereby DENIED.

IT IS FURTHER ORDERED that Downs shall have thirty (30) days from the date of this order in which to file his points and authorities in opposition to NDOC's motion for summary judgment. No further extensions will be granted. NDOC shall then have fifteen (15) days in which to reply.

IT IS SO ORDERED.

DATED this 7th day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE