AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

NEVADA DEPARTMENT OF
CORRECTIONS,

      Plaintiff,

V.

RUSSELL COHEN, JIMMY EARL
DOWNS, TRAVERS A. GREENE, and
PAUL BROWNING,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-CV-00266-LRH-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that NDOC's Motion for Summary Judgment (#19) is GRANTED. NDOC has the right to declare typewriters unauthorized property. Furthermore, NDOC's ban on typewriters does not violate the prisoners' rights under the Due Process clause of the 14th Amendment the 1st Amendment, or the Takings Clause of the Fifth Amendment.

  August 27, 2008                                      **LANCE S. WILSON**
                                                                            Clerk

                                                                            /s/ D. R. Morgan

                                        Deputy Clerk