UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF NEVADA, <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL COHEN; et al. <br><br> Defendants. | 3:07-cv-0266-LRH-RAM <br><br> <u>ORDER</u> |

Before the court is defendants Travers Greene and Paul Browning's motion for relief from judgment and to dismiss for lack of jurisdiction. Doc. #161.

In their motion, defendants argue that this court was without subject matter jurisdiction to issue the underlying order granting plaintiff's motion for summary judgment (Doc. #101) because there is no federal question jurisdiction. *See* Doc. #161. The court disagrees.

A district court has original jurisdiction over an action if it arises under federal law. *See* 28 U.S.C. § 1331. A case arises under federal law if (1) the complaint establishes either that federal law created the cause of action, or (2) the plaintiff's right to relief "requires resolution of a substantial question of federal law." *Franchise Tax Bd. of Cal v. Constr. Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 13 (1983); *see also, Caterpillar Inc. v. Williams*, 482 U.S. 386, 382 (1987); *K2 Am. Corp. v. Roland Oil & Gas, LLC*, 653 F.3d 1024, 1029 (9th Cir. 2011).

Here, plaintiff's complaint requested the court issue a declaratory judgment that certain

1  actions, namely taking away typewriters from state prisoners, was constitutional. *See* Doc. #1. An
2  interpretation of whether an act is constitutional necessarily "requires resolution of a substantial
3  question of federal law." *Franchise Tax Bd.*, 463 U.S. at 13. Thus, plaintiff's complaint arises
4  under federal law and the exercise of federal question jurisdiction in this matter is appropriate.
5  Accordingly, the court shall deny defendants' motion for relief from judgment and to dismiss for
6  lack of subject matter jurisdiction.

8      IT IS THEREFORE ORDERED that defendants' motion for relief from judgment
9  (Doc. #161) is DENIED.
10     IT IS SO ORDERED.
11     DATED this 22nd day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2